# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| Location Code | VA-13 |
| Violation Number | 6883551 |
| Officer Name (Print) | POWELL |
| Officer No. | 8295 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 09/10/2016  1142 AM |
| Offense Charged (CFR / USC / State Code) | 18 USC 1382 |
| Place of Offense | NAS OCEANA FLIGHTLINE POST 4 |
| Offense Description: Factual Basis for Charge | TRESPASSING ON A GOVERNMENT INSTALLATION. (PREVIOUS BARRING ORDER ISSUED) |
| HAZMAT | ☐ |

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| BAGGARLY | STEVEN | J |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| VCY 4003 | VA | 03 | HONDA | ☐ | BLUE |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 600 GRANBY ST, NORFOLK, VA 23510 | 11/07/2016 |
| | Time (hh:mm) 08:30 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Steven J. Baggarly*

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN OCT 04, 2016 16:02

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **10 SEPT**, **2016** while exercising my duties as a law enforcement officer in the **EASTERN** District of **VIRGINIA**

AT 1142 NCIS AGENT MR. MCANDREWS SAW MR. BAGGARLY A PREVIOUS TRESPASSING OFFENDER ON THE FLIGHTLINE PAST POST 4. MR. BAGGARLY HAD BEEN PREVIOUSLY BARRED FROM NAS OCEANA BACK IN 2008. MR. BAGGARLY HAS PREVIOUS OFFENSES OF TRESPASSING ON GOVERNMENT INSTALLATIONS IN THE HAMPTON ROADS AREA.

The foregoing statement is based upon:
☐ my personal observation   ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **09/10/2016**   Officer's Signature: *[signature] Powell*

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN OCT 04, 2016 16:02